IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00524-RPM

ERIC ESSWEIN, d/b/a GRIP PRO TRAINER,

    Plaintiff,

v.

BODY BUILDERS DISCOUNT OUTLET, INC.,
d/b/a FITNESS FACTORY OUTLET AND BODY SOLID,

    Defendant.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    On review of plaintiff's response to show cause order, filed August 27, 2010, it is

    ORDERED that the Order to Show Cause of August 25, 2010, is discharged and counsel are

reminded of the provisions of D.C.Colo.L.Civ.R. 6.1.

    DATED: August 30th , 2010

                              BY THE COURT :

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge