IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00524-RPM

ERIC ESSWEIN, d/b/a GRIP PRO TRAINER,

      Plaintiff,

v.

BODY BUILDERS DISCOUNT OUTLET, INC.,
d/b/a FITNESS FACTORY OUTLET AND BODY SOLID,

      Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Notice to Dismiss [7] filed on October 6, 2010, it is

ORDERED that this action is dismissed with prjudice, each party to bear their own costs and attorneys' fees.

      DATED: October 7th, 2010

                        BY THE COURT:

                        Richard P. Matsch, Senior District Judge